Julia Y. Trankiem (SBN 228666)
Email:      jtrankiem@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071
Telephone:   +1 213 457 8000
Facsimile:    +1 213 457 8080

Eric M. Walder (SBN 307546)
Email:     ewalder@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
United Airlines, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK WOLFE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED AIRLINES, INC., a Delaware corporation; and DOES 1-10, inclusive,<br><br>Defendants. | No.:<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[Local Rule 3-15]<br><br>Complaint Filed:  November 15, 2017 |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

TO THE CLERK OF THE UNITED STATES DISTRICT COURT:

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Mark Wolfe (plaintiff)

2. United Airlines, Inc. (named defendant)

3. United Continental Holdings, Inc. (parent corporation of United Airlines, Inc.)

DATED:  December 20, 2017

REED SMITH LLP

By /s/ Eric M. Walder
Julia Y. Trankiem
Eric M. Walder
Attorneys for Defendant
United Airlines, Inc.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 2 –
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS